

# Fourth Court of Appeals
## San Antonio, Texas

May 12, 2016

No. 04-16-00268-CV

**IN THE INTEREST OF R.R. AND S.M.R.**, Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-PA-00858
Honorable Richard Garcia, Judge Presiding

## O R D E R

 This is an accelerated appeal. Although the reporter's record was due on May 9, 2016, no reporter's record has been filed. *See* TEX. R. APP. P. 35.1(b). We, therefore, ORDER the court reporter to file the reporter's record on or before May 23, 2016.

 If the reporter's record is not received by such date, an order may be issued directing the court reporter to appear and show cause why she should not be held in contempt for failing to file the record. No motions for extension of time will be granted absent extenuating circumstances. *See id.* 35.3(c).

             _____
             Jason Pulliam, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of May, 2016.



             _____
             Keith E. Hottle
             Clerk of Court